SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 09-CR-144-P-H |
| | ) | |
| JAMES RAYMOND | ) | |

DEPUTY CLERK

# MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an Indictment has been returned could result in the flight of the defendant or danger to law enforcement officers who seek to effect the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: 9/23/09

Paula D. Silsby
United States Attorney

Craig M. Wolff
Assistant U.S. Attorney

September 23, 2009

Motion GRANTED

Scanned by: bfa
Folder Location: Wed
File Name: dbh09cr144
Names of Attachments, if any: