SCANNED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maine

DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>James Raymond<br>*Defendant* | ) ) ) ) ) | Case No. 2:09-CR-144-P-H |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* James Raymond, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, In violation of: Title 18 United States Code, Section 2423(a).

By [signature] Deputy Clerk

Date: 09/23/2009

[signature]
*Issuing officer's signature*

City and state: Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

Scanned by: bfa
Folder Location: Wed
File Name: dbh09cr144e
Names of Attachments, if any: ________

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________________ Weight: ______________________

Sex: ______________________ Race: ______________________

Hair: ______________________ Eyes: ______________________

Scars, tattoos, other distinguishing marks: ______________________

______________________

______________________

History of violence, weapons, drug use: ______________________

______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

______________________

FBI number: ______________________

Complete description of auto: ______________________

______________________

Investigative agency and address:

______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________

______________________

______________________