**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIM. NO. 09-144-P-H** |
| | : | |
| **JAMES RAYMOND** | : | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Enlargement of Time to Present Arguments to the Court Concerning Pretrial Detention, Docket No. 14 ("Motion"), it is **ORDERED** that the Motion is **GRANTED**. The defendant's next court appearance, addressing detention, will now take place on October 1, 2009.

The court finds that the ends of justice will be served by granting this Motion and outweigh the interests of the public and of the defendant in a speedy trial.

The court finds that this continuance furthers the ends of justice by allowing the defendant the necessary time to receive, and review, the anticipated Pretrial Services Report from United States Probation and Pretrial Services, and prepare for argument.

The time period from September 30, 2009, through October 1, 2009, shall be excludable pursuant to 18 U.S.C. §§3161 et seq.

It is so **ORDERED**.

Dated: September 29, 2009.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge