UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. JAMES RAYMOND

DOCKET NO:  09-cr-144-P-H

PROCEEDING TYPE: MOTION HEARING

## Exhibit List for Motion Hearing held 03/12/10

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 4 | | | CD of Defendant's Interview | 03/12/10 | 03/12/10 | | 03/12/10 |
| 5 | | | *SEALED* Transcript of Witnesses at State Trial | 03/12/10 | 03/12/10 | | 03/12/10 |
| 6 | | | CD of Video Footage from Hannaford | 03/12/10 | 03/12/10 | | 03/12/10 |